ALFONSO CAPONG
(Name)

CALIFORNIA REHABILITATION CENTER
(Address)

P.O. Box 1841 NORCO, CA 92860-0991
(City, State, Zip)

F51652
(CDC Inmate No.)

FILED

OCT 22 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ____ No ✓
COPIES SENT TO
Court ✓   Pro Se ____

# United States District Court
## Southern District of California

_____  )
(Enter full name of plaintiff in this action.)  )
ALFONSO CAPONG II  ) 07CV 2076 JLS WMC
                    Plaintiff,  )
                                )   Civil Case No. _____
                                )   (To be supplied by Court Clerk)
v. LOS ANGELES COUNTY JAIL  )
AND COURT DIV 117 CCB  )
                                )   **Complaint Under the**
LOS ANGELES COUNTY JAIL  )   **Civil Rights Act**
JUDGE: BARBARA J. JOHNSON  )   **42 U.S.C. § 1983**
                                )
_____  )
(Enter full name of each defendant in this action.)  )
                    Defendant(s).  )
_____  )

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, ALFONSO
EDWARD CAPONG, who presently resides at CALIF. REHABILITATION CENTER
                                        (print Plaintiff's name)
                                        (mailing address or place of confinement)
P.O. BOX 1841 NORCO, CA 92860-0991, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at DIV 117
CCB LA COUNTY COURTS on (dates) NOV. 2004  JAN. 2006 , and _____
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)
ALSO LA COUNTY JAIL

§ 1983 SD Form
(Rev. 5/98)                                    K:\COMMON\EVERYONE\1983\1983FORM.COM

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Barbara J. Jottuson</u> resides in <u>LOS ANGELES</u> ,
(name)                                                    (County of residence)
and is employed as a <u>Judge</u> . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: <u>DONING my Federal court and</u>
<u>Jail only. A APPointment given in</u>
<u>APRIL 1998 by Federal APPellate</u>

Defendant <u>Los Angeles County</u> resides in <u>Los Angeles</u> ,
(name)                    <u>Jail</u>                  (County of residence)
and is employed as a _____ . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: <u>2006 in L.A county Jail I</u>
<u>caught Cancer also yellow Jaundice</u>

Defendant _____ resides in _____ ,
(name)                                                    (County of residence)
and is employed as a _____ . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

_____

Defendant _____ resides in _____ ,
(name)                                                    (County of residence)
and is employed as a _____ . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

_____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: _____

(E.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I APPEALED my 1994 CASE IN WASHINGTON DC. FEDERAL COURTS OF APPEAL ON NO GUIDANCE AND 3 STRIKE LAW AND I WAS GRANTED TO WIN IN MY CASE. ALSO A FEDERAL APPOINTMENT WITH STATES FEDERAL Holding AND FEDERAL COURTS ONLY ON APRIL 29, 1998. ALL THIS INFORMATION IS IN MY COURT FILE AT THE beginning OF MY FILE, Judge JOHNSON denied And gave to county TRIAL WITHOUT APPROVAL by FEDERAL COURTS. I WAS ASSIGNED A FEDERAL REPRESENTATIVE (Jacobs) who's OFFICE IS IN Los Angeles County who gave NO ASSISTANCE

MY NAME ON APPEAL

NAME: Ivory Anderson JR.
SSN: SSC.96-2304

Count 2:  The following civil right has been violated: _____

(E.g. right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

While being held in L.A. County Jail I caught cancer and yellow Jaundice. I was sent to North Kern State Prison and tested, by urine and blood samples and told that these illnesses are 6 months to one year old in November 2006 and placed in Murcy Hospital in Bakersfield for surgery, and remained in Murcy Hospital until Jan. 2007 Surgeon: Roland Rodriguez and Doctor: Byron Mui, stated the same as Doctor in North Kern Prison that my illnesses are 6 months to one yr. old in Nov. 2006 I'm currently taking chemotherapy and medication for both. This medication is daily and chemo therapy weekly. Surgeon also stated without surgery I would die in one year. Also that it was administered through food or water or medication. All doctors statements and information in my medical record is at in Murcy Hospital in Bakersfield

<u>Count 3</u>:  The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

_____
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

  <u>Supporting Facts</u>:   [Include all facts you consider important to Count 3.  State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each
defendant, *by name*, did to violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

§ 1983 SD Form
(Rev. 5/98)

K:\COMMON\EVERYONE\1983\1983FORM.COM

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised: FEDERAL COURTS AND FEDERAL JAIL ONLY, OVER IF ONLY A J-WALKING TICKET ALSO THE CATCHING OF CANCER AND YELLOW JAUNDICE

(e) Approximate date case was filed: COUNTY, 05-11-07

(f) Approximate date of disposition: APPEALS COORDINATOR 3-27-07 APPEALS BRANCH 7-11-07

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought. COUNTY AND STATE CITYWIDE ALSO ALL COURTS IN FILING 602 FORM
_____
_____
_____
_____
_____
_____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): Stay in Person or any Parole or Probation Also Damages

2. Damages in the sum of $ _____.

3. Punitive damages in the sum of $ _____.

4. Other:_____

_____

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

10-15-07
Date

_____
Signature of Plaintiff

JS44
(Rev. 07/89)

## CIVIL COVER SHEET

**FILED**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

OCT 22 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

Alfonso Capone II

2254   1983

FILING FEE PAID
Yes    No

IFP MOTION FILED
Yes

COPIES SENT TO
Court    Pros.

**DEFENDANTS**

LA County Jail, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Riverside

(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Alfonso Capone
PO Box 1841
Norco, CA 92860
F-51652

**ATTORNEYS (IF KNOWN)**

'07 CV 2076 JLS WMc

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

### 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE _____    Docket Number _____

DATE    10/22/2007    SIGNATURE OF ATTORNEY OF RECORD
R. Milley